

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GERARD MORRISON and BARBARA MORRISON, | § | No. 08-23-00044-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | County Court at Law |
| v. | | |
| | § | of Bastrop County, Texas |
| THE LEGACY REALTY, | | |
| | § | (TC# 22-21581) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. It appearing to this Court that Appellants are indigent for purposes of appeal, this Court makes no other order with respect thereto. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF APRIL, 2023.


GINA M. PALAFOX, Justice


Before Rodriguez, C.J., Palafox, and Soto, J.J.